| | |
|---|---|
| 1 | JESSE M. JAUREGUI (State Bar No. 129586) |
| 2 | DEBORAH YOON JONES (State Bar No. 178127)<br>SAYAKA KARITANI (State Bar No. 240122) |
| 3 | ADRIENE PLESCIA LYNCH (State Bar No. 259100)<br>**ALSTON & BIRD LLP** |
JESSE M. JAUREGUI (State Bar No. 129586)
DEBORAH YOON JONES (State Bar No. 178127)
SAYAKA KARITANI (State Bar No. 240122)
ADRIENE PLESCIA LYNCH (State Bar No. 259100)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
jesse.jauregui@alston.com
debbie.jones@alston.com
sayaka.karitani@alston.com
adriene.lynch@alston.com

Attorneys for Defendant,
**AT&T MOBILITY LLC**

ROBERT C. BOWMAN JR. (State Bar No. 232388)
CHRISTOPHER C. PHILLIPS (State Bar No. 257758)
**LAW OFFICE OF BOWMAN & ASSOCIATES**
2151 River Plaza Drive
Suite 105
Sacramento, California 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828
cphillips@bowmanandassoc.com

Attorneys for Plaintiff,
**TARA FARRELL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FARRELL,<br><br>   Plaintiff,<br><br>v.<br><br>AT&T CORP., ERIC HERKENRATH, AT&T MOBILITY LLC, and DOES 2 through 50, Inclusive,<br><br>   Defendants. | Case No.: 2:08-CV-01074-MCE-EFB<br><br>Honorable Morrison C. England, Jr.<br><br>**STIPULATION OF COUNSEL TO CONTINUE 1) DISCOVERY CUT-OFF AND 2) DISPOSITIVE MOTION HEARING CUT-OFF; ORDER**<br><br>Trial date: February 22, 2010<br>Time: 9:00 a.m. |

STIPULATION RE CONTINUANCE OF DISCOVERY
CUT-OFF AND DISPOSITIVE MOTION CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | By and through their attorneys of record, Plaintiff Tara Farrell |
| 3 | ("Plaintiff") and Defendant AT&T Mobility LLC ("AT&T"), hereafter referred to as |
| 4 | the "Parties," hereby agree and stipulate as follows: |
| 5 | WHEREAS, Plaintiff filed her Complaint in the above-captioned matter |
| 6 | on or about March 13, 2008, and trial is presently set for February 22, 2010; |
| 7 | WHEREAS, the Court entered a Pretrial (Status) Scheduling Order (the |
| 8 | "Order") on or about August 25, 2008; |
| 9 | WHEREAS, the Order set the discovery cut-off date in this action for |
| 10 | April 24, 2009; |
| 11 | WHEREAS, the Order established August 24, 2009 as the last day that |
| 12 | dispositive motions in this matter may be heard; |
| 13 | WHEREAS, good cause exists to continue the discovery and dispositive |
| 14 | motion hearing cut-off dates because the Parties have been and are currently involved |
| 15 | in good faith settlement discussions which is only possible if further significant costs |
| 16 | are not expended by both sides; |
| 17 | WHEREAS, the Parties have already participated in some discovery, |
| 18 | including written discovery, document production, and depositions, but wish to |
| 19 | postpone further discovery while settlement discussions are ongoing in an effort to |
| 20 | reduce costs incurred; |
| 21 | WHEREAS, the Parties have not requested any previous continuance of |
| 22 | motion, pre-trial, or trial dates; |
| 23 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED |
| 24 | TO by and between the Parties, and by and through their respective attorneys of |
| 25 | record, that the discovery cut-off date is continued to May 27, 2009 and that the |
| 26 | dispositive motion hearing cut-off date is continued to September 23, 2009 for the |
| 27 | |
| 28 | |

1

STIPULATION RE CONTINUANCE OF DISCOVERY
CUT-OFF AND DISPOSITIVE MOTION CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

sole purpose of providing the Parties with additional time to settle this matter without incurring additional costs.

IT IS SO STIPULATED.

DATED: April 6, 2009

JESSE M. JAUREGUI
DEBORAH YOON JONES
SAYAKA KARITANI
ADRIENE PLESCIA LYNCH
**ALSTON & BIRD LLP**

_____/s/ Deborah Yoon Jones_____
Deborah Yoon Jones
Attorneys for Defendant
**AT&T MOBILITY LLC**

DATED: April __, 2009

ROBERT C. BOWMAN JR.
CHRISTOPHER C. PHILLIPS
**LAW OFFICE OF BOWMAN & ASSOCIATES**

_____
Christopher Phillips
Attorneys for Plaintiff
**TARA FARRELL**

**ORDER**

IT IS SO ORDERED.

DATED: April 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com